**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dariys W. Hinton aka Darius Wantu Hinton aka Darius W Hinton aka Dariys Wantu Hinton aka Darius Hinton | CHAPTER 13 |
| Debtor(s) | BKY. NO. 23-12037 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FIRSTRUST BANK and index same on the master mailing list.

    Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
25 Jul 2023, 18:14:59, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322