UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**<br><br>**DARIYS W. HINTON**<br><br>**Debtor** | Case Number: 23-12037-mdc<br><br>Judge: Hon. Magdeline D. Coleman<br><br>Hearing Date: **08/22/2023**<br>Time: **10:30 a.m.**<br>Place: **Courtroom #2** |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

**TRANSPORT FUNDING, LLC** has filed a Motion with the Court for Relief from the Automatic Stay and Co-Debtor Stay to permit it to repossess and enforce its security interest in the collateral described below.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to contact an attorney.)**

    1.    If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then or before **08/14/2023** you or your attorney must do all of the following:

        (a)    file an answer explaining your position at:
        Clerk, U.S. Bankruptcy Court
        900 Market Street, Suite 400
        Philadelphia, PA. 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above and

        (b)    mail a copy to the movant's attorney:
        Thomas R. Dominczyk, Esq.
        Maurice Wutscher, LLP
        5 Walter E. Foran Blvd., Suite 2007
        Flemington, NJ 08822
        (908) 237-4550

    2.    If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **08/22/2023** at **10:30 a.m.,** in **Courtroom #2,** United States Bankruptcy Courthouse, 900 Market Street, Philadelphia, PA.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

<u>Description of Collateral</u>
2015 International Prostar Tractor, VIN: 3HSDJAPR7FN588401

                       MAURICE WUTSCHER, LLP
                       Attorneys for Secured Creditor
                       TRANSPORT FUNDING, LLC

DATED: 07/28/2023

                       By: <u>/s/ Thomas R. Dominczyk</u>
                       Thomas R. Dominczyk
                       For the Firm
                       Maurice Wutscher, LLP
                       5 Walter E. Foran Blvd., Suite 2007
                       Flemington, NJ 08822
                       (908) 237-4550