UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>**DARIYS W. HINTON**<br><br>Debtor | Case Number: 23-12037-mdc<br><br>Judge: Hon. Magdeline D. Coleman<br><br>Hearing Date: **08/22/2023**<br>Time: **10:30 a.m.**<br>Place: **Courtroom #2** |

### CERTIFICATE OF SERVICE

I, THOMAS R. DOMINCZYK, ESQUIRE, hereby certify that on this date I have caused a true and correct copy of the foregoing of TRANSPORT FUNDING, LLC's Motion for Relief from the Automatic Stay and Co-Debtor Stay, by United States first class mail, postage pre-paid or via electronic filing upon:

MITCHELL LEE CHAMBERS, JR., ESQ.
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

KENNETH E. WEST, ESQ.
CHAPTER 13 TRUSTEE
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA 19107

DARIYS W. HINTON
5358 WINGOHOCKING TERRACE
PHILADELPHIA, PA 19144

/s/ Thomas R. Dominczyk
THOMAS R. DOMINCZYK, ESQ.

DATE: 07/28/2023