UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**<br><br>**DARIYS W. HINTON**<br><br>**Debtor** | Case Number: 23-12037-mdc<br><br>Judge: Hon. Magdeline D. Coleman<br><br>Hearing Date: **08/22/2023**<br>Time: **10:30 a.m.**<br>Place: **Courtroom #2** |

## PRAECIPE TO WITHDRAW MOTION

PLEASE TAKE NOTICE that the undersigned hereby withdraws the Motion for Stay Relief and Co-Debtor Stay Relief filed on July 28, 2023.

       MAURICE WUTSCHER, LLP
       Attorneys for Secured Creditor
       TRANSPORT FUNDING, LLC

DATED: 08/02/2023

       By: /s/ Thomas R. Dominczyk
       Thomas R. Dominczyk
       For the Firm
       Maurice Wutscher, LLP
       5 Walter E. Foran Blvd., Suite 2007
       Flemington, NJ 08822
       (908) 237-4550