# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dariys W. Hinton aka Darius Wantu Hinton aka Darius W Hinton aka Dariys Wantu Hinton aka Darius Hinton<br><br>Debtor<br><br>FIRSTRUST BANK, its successors and/or assignees<br>Movant<br>vs.<br><br>Dariys W. Hinton aka Darius Wantu Hinton aka Darius W Hinton aka Dariys Wantu Hinton aka Darius Hinton<br>Debtor<br><br>Kenneth E. West, Trustee<br>Trustee | CHAPTER 13<br><br><br><br>NO. 23-12037 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of FIRSTRUST BANK, which was filed with the Court on or about August 23, 2023.

Dated: September 11, 2023

                                          Respectfully submitted,

                                          /s/Mark A. Cronin
                                          Mark A. Cronin, Esq.
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          Phone: (215) 627-1322
                                          mcronin@kmllawgroup.com