# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                    Chapter 13

DARIYS W. HINTON                                              Bankruptcy No. 23-12037-MDC

5358 WINGOHOCKING TERRACE

PHILADELPHIA, PA 19144


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DARIYS W. HINTON

    5358 WINGOHOCKING TERRACE

    PHILADELPHIA, PA 19144

**Counsel for debtor(s), by electronic notice only.**
    MITCHELL LEE CHAMBERS, ESQ.
    602 LITTLE GLOUCESTER RD.
    SUITE 5
    BLACKWOOD, NJ 08012-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 9/21/2023                                                                                    /s/ Kenneth E. West

                                                                                                        _____
                                                                                                            Kenneth E. West, Esquire
                                                                                                            Chapter 13 Standing Trustee