## UNITED STATES BANKRUPTCY COURT
## EASTER DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| DARIYS HINTON | : | |
| Debtor | : | Bankruptcy No. 23-12037 MDC |

### CERTIFICATION OF SERVICE

   I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Amended Plan, upon the Debtor, Mortgage, Counsel for the Mortgagee, unsecured creditors, and the Standing Trustee, at the following fax numbers or addresses:

VIA ECF
KENNETH WEST
CHAPTER 13 TRUSTEE
1234 Market Street
Philadelphia, PA 19107

VIA EMAIL
KML LAW GROUP, P.C.
701 MARKET STREET
STE. 5000
PHILADELPHIA, PA 19106

VIA REGULAR MAIL
PA DEPARTMENT OF REVENUE
P.O. BOX 280946
HARRISBURG, PA 17128

VIA REGULAR MAIL
ACURA FINANCIAL SERVICING
C/O NATIONAL BANKRUPTCY CENTER
PO BOX 168088
IRVING, TX 75016

VIA REGULAR MAIL
POLICE & FIRE FCU
1 GREENWOOD SQUARE
BENSALEM, PA 19020

<u>VIA REGULAR MAIL</u>
AMERICAN EXPRESS
C/O BECKET & LEE, LLP
PO BOX 3001
MALVERN, PA 19355

<u>VIA REGULAR MAIL</u>
QUANTUM3 GROUP, LLC
C/O MANAGING OFFICER
P.O. BOX 280
KIRKLAND, WA 98083

<u>VIA REGULAR MAIL</u>
WELLS FARGO BANK
C/O MANAGING OFFICER
PO BOX 10438
DES MOINES, IA 50306

<u>VIA REGULAR MAIL</u>
MIDLAND CREDIT MANAGEMENT
PO BOX 2037
WARREN, MI 48090

<u>VIA REGULAR MAIL</u>
AMUR
304 W. 3RD STREET
GRAND ISLAND, NE 68801

<u>VIA REGULAR MAIL</u>
LENDING CLUB BANK
C/O MANAGING OFFICER
PO BOX 884268
LOS ANGELES, CA 90088

<u>VIA REGULAR MAIL</u>
LVNV FUNDING
C/O MANAGING OFFICER
PO BOX 10587
GREENVILLE, SC 29603

<u>VIA REGULAR MAIL</u>
PORTFOLIO RECOVERY ASSOCIATES
C/O MANAGING OFFICER
PO BOX 41067
NORFOLK, VA 23541

<u>VIA REGULAR MAIL</u>
BROCK & SCOTT
302 Fellowship Road, Ste. 130
Mount Laurel, NJ 08054

<u>VIA REGULAR MAIL</u>
TRANSPORT FUNDING
C/O THOMAS DOMINSZYK, ESQ.
5 WALTER E. FORAN BLVD.
FLEMINGTON, NJ 08822

Dated: September 27, 2023    /s/ Mitchell Lee Chambers, Esq.
Attorney I.D. No. 94318
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012
Phone: 856-302-1778
Fax: 856-302-1779