United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-12037-mdc

Dariys W. Hinton     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Oct 05, 2023    Form ID: 155    Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dariys W. Hinton, 5358 Wingohocking Terrace, Philadelphia, PA 19144-5832 |
| 14814486 | + | 2312037, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14813692 | + | Amur, 304 W 3rd St, Grand Island, NE 68801-5941 |
| 14797626 | + | FIRSTTRUST BANK, PO BOX 77404, Trenton, NJ 08628-6404 |
| 14797641 | + | TRANSPORT FUNDING, LLC, C/O THOMAS DOMINSZYK, ESQ., 5 WALTER E. FORAN BLVD., STE. 2007, Flemington, NJ 08822-4674 |
| 14816282 | + | Thomas R. Dominczyk, 5 Walter E. Foran Blvd, Suite 2007, Flemington, NJ 08822-4674 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14798539 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 06 2023 00:31:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14807636 | | Email/PDF: bncnotices@becket-lee.com | Oct 06 2023 00:43:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14797621 | + | Email/PDF: bncnotices@becket-lee.com | Oct 06 2023 00:32:13 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14797622 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 06 2023 00:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14812351 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 06 2023 00:31:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 14797623 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 06 2023 00:31:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14799481 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 06 2023 00:32:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14815483 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 06 2023 00:31:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14797624 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 06 2023 00:31:43 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14810783 | | Email/Text: bnc-quantum@quantum3group.com | Oct 06 2023 00:31:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14797636 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 06 2023 00:31:00 | SANTANDER BANK, 1 CORPORATE DRIVE, Lake Zurich, IL 60047 |
| 14816271 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 06 2023 00:31:00 | Santander Bank, N.A., 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 14804200 | | Email/Text: mrdiscen@discover.com | Oct 06 2023 00:31:00 | Discover Bank, P.O. Box 3025, New Albany, Oh |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 43054-3025 |
| 14797625 | + | Email/Text: mrdiscen@discover.com | Oct 06 2023 00:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14799603 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 06 2023 00:31:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 14797627 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 06 2023 00:31:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14801914 | ^ | MEBN | Oct 06 2023 00:26:37 | FIRSTRUST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14797628 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 06 2023 00:31:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14797629 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2023 00:31:00 | IRS, Dept. of Treasury, Cincinnati, OH 45999 |
| 14814395 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2023 00:32:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797630 | + | Email/Text: Documentfiling@lciinc.com | Oct 06 2023 00:31:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14814186 | + | Email/Text: Documentfiling@lciinc.com | Oct 06 2023 00:31:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14813024 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 06 2023 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14797631 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2023 00:31:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14797634 | + | Email/Text: bankruptcy1@pffcu.org | Oct 06 2023 00:31:00 | POLICE AND FIRE CREDIT UNION, 901 ARCH STREET, Philadelphia, PA 19107-2495 |
| 14815998 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 06 2023 00:32:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14797632 | + | Email/Text: bankruptcy1@pffcu.org | Oct 06 2023 00:31:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14800483 | + | Email/Text: bankruptcy1@pffcu.org | Oct 06 2023 00:31:00 | Police & Fire Federal Credit Union, 1 Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14797633 | + | Email/Text: bankruptcy1@pffcu.org | Oct 06 2023 00:31:00 | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14797635 | ^ | MEBN | Oct 06 2023 00:26:32 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14799107 | + | Email/Text: EBN@brockandscott.com | Oct 06 2023 00:31:00 | Santander Bank, N.A., C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14797637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 06 2023 00:32:11 | Syncb/At Home CC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14797638 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 06 2023 00:32:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14797639 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 06 2023 00:31:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14797640 | + | Email/Text: documentfiling@lciinc.com | Oct 06 2023 00:30:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14797642 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 06 2023 00:32:02 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14812763 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 06 2023 00:32:02 | Wells Fargo Bank, N.A., PO Box 10438, MAC |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Oct 05, 2023 Form ID: 155 Total Noticed: 43

F8235-02F, Des Moines, IA 50306-0438

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FIRSTRUST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor FIRSTRUST BANK bkgroup@kmllawgroup.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Dariys W. Hinton ecfbc@comcast.net paecfbc@gmail.com |
| THOMAS R. DOMINCZYK | on behalf of Creditor Transport Funding LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dariys W. Hinton
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−12037−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this October 5, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

33 − 29
Form 155