United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-12037-mdc
Dariys W. Hinton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Oct 11, 2023      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14814186 | + Email/Text: Documentfiling@lciinc.com | Oct 12 2023 00:37:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor Santander Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
     on behalf of Creditor FIRSTRUST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
     ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
     on behalf of Creditor FIRSTRUST BANK bkgroup@kmllawgroup.com

MITCHELL LEE CHAMBERS, JR.
     on behalf of Debtor Dariys W. Hinton ecfbc@comcast.net  paecfbc@gmail.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Oct 11, 2023 Form ID: trc Total Noticed: 1

THOMAS R. DOMINCZYK
    on behalf of Creditor Transport Funding  LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 23-12037-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Dariys W. Hinton
5358 Wingohocking Terrace
Philadelphia PA 19144

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/10/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/13/23

Tim McGrath
**CLERK OF THE COURT**