IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>DARIYS W HINTON<br>AKA DARIUS WANTU HINTON<br>AKA DARIUS W HINTON<br>AKA DARIYS WANTU HINTON<br>AKA DARIUS HINTON | Case No. 23-12037-amc |
| SANTANDER BANK, N.A.,<br>　　Movant<br><br>vs.<br><br>DARIYS W HINTON<br>AKA DARIUS WANTU HINTON<br>AKA DARIUS W HINTON<br>AKA DARIYS WANTU HINTON<br>AKA DARIUS HINTON,<br>　　Debtor | Chapter 13 |

**ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS AND TO AUTHORIZE FILING OF REPLACEMENT NOTICE OF MORTGAGE PAYMENT CHANGE**

This matter came before the Court on the MOTION TO RESTRICT PUBLIC ACCESS

AND TO AUTHORIZE FILING OF REPLACEMENT NOTICE OF MORTGAGE PAYMENT

7

CHANGE to personal identification information contained in a document filed in connection with this case.

The Court, having considered the Motion, finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) no further notice is necessary to grant the relief requested, and (iii) based on the Motion, the pleadings in this case, including the document, and the applicable law, cause exists for granting that relief.

It is therefore, by the United States Bankruptcy Court for the Eastern District of Pennsylvania,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order; and it is further

ORDERED, that the documents that contain personal identification information as specified in the Creditor's NOTICE OF MORTGAGE PAYMENT CHANGE shall be restricted from public access; and it is further

ORDERED, that the Creditor and its affiliates shall review the entire case to determine if any other documents filed by the Creditor or its affiliates must be redacted in accordance with Fed. R. Bankr. P. 9037; and it is further,

ORDERED, if the Creditor or its affiliate determine additional documents in this case must be redacted in accordance with Fed. R. Bankr. P. 9037, the Creditor or its affiliate shall file a motion to prohibit public access to the unredacted documents and file amended documents with the personal identification information redacted; and it is further,

ORDERED, that the amended document with the personal identification information redacted in accordance with Fed. R. Bankr. P. 9037 (a)(4) shall be docketed on the public record.

Date: Jan. 27, 2025

Ashely M Chan
CHIEF BANKRUPTCY JUDGE

Dariys W Hinton
5358 Wingohocking Terrace
Philadelphia, PA 19144

Mitchell Lee Chambers, Jr
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012

Kenneth E West
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

9