United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12037-amc |
| Dariys W. Hinton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dariys W. Hinton, 5358 Wingohocking Terrace, Philadelphia, PA 19144-5832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2025        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Santander Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FIRSTRUST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Dariys W. Hinton ecfbc@comcast.net paecfbc@gmail.com |
| THOMAS R. DOMINCZYK | on behalf of Creditor Transport Funding LLC tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jan 27, 2025 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>DARIYS W HINTON<br>AKA DARIUS WANTU HINTON<br>AKA DARIUS W HINTON<br>AKA DARIYS WANTU HINTON<br>AKA DARIUS HINTON | Case No. 23-12037-amc<br><br>Chapter 13 |
| SANTANDER BANK, N.A.,<br>    Movant<br><br>vs.<br><br>DARIYS W HINTON<br>AKA DARIUS WANTU HINTON<br>AKA DARIUS W HINTON<br>AKA DARIYS WANTU HINTON<br>AKA DARIUS HINTON,<br>    Debtor | |

**ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS AND TO
AUTHORIZE FILING OF REPLACEMENT NOTICE OF MORTGAGE PAYMENT
CHANGE**

This matter came before the Court on the MOTION TO RESTRICT PUBLIC ACCESS

AND TO AUTHORIZE FILING OF REPLACEMENT NOTICE OF MORTGAGE PAYMENT

CHANGE to personal identification information contained in a document filed in connection with this case.

The Court, having considered the Motion, finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b), (ii) no further notice is necessary to grant the relief requested, and (iii) based on the Motion, the pleadings in this case, including the document, and the applicable law, cause exists for granting that relief.

It is therefore, by the United States Bankruptcy Court for the Eastern District of Pennsylvania,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order; and it is further

ORDERED, that the documents that contain personal identification information as specified in the Creditor's NOTICE OF MORTGAGE PAYMENT CHANGE shall be restricted from public access; and it is further

ORDERED, that the Creditor and its affiliates shall review the entire case to determine if any other documents filed by the Creditor or its affiliates must be redacted in accordance with Fed. R. Bankr. P. 9037; and it is further,

ORDERED, if the Creditor or its affiliate determine additional documents in this case must be redacted in accordance with Fed. R. Bankr. P. 9037, the Creditor or its affiliate shall file a motion to prohibit public access to the unredacted documents and file amended documents with the personal identification information redacted; and it is further,

ORDERED, that the amended document with the personal identification information redacted in accordance with Fed. R. Bankr. P. 9037 (a)(4) shall be docketed on the public record.

Date: Jan. 27, 2025

Ashely M Chan
CHIEF BANKRUPTCY JUDGE

Dariys W Hinton
5358 Wingohocking Terrace
Philadelphia, PA 19144

Mitchell Lee Chambers, Jr
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012

Kenneth E West
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107