**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
|    Dariys W. Hinton | : | |
|        Debtors | : | Bankruptcy Case No. 23-12037 |

**PRAECIPE TO WITHDRAW DEBTOR'S COUNSEL'S NOTICE AND**
**SUPPLEMENTAL FEE APPLICATION FILED ON 2/25/25**

To the Clerk of the Court:

    Kindly withdrawal Debtor's Notice and Supplemental Fee Application filed on February 25, 2025 bearing numbers 66 and 67 on the docket.

February 28, 2025

/s/ Mitchell Lee Chambers, Esq.
LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD, SUITE 5
BLACKWOOD, NJ 08012
PHONE: (856) 302-1778

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Dariys W. Hinton | : | |
| Debtors | : | Bankruptcy Case No. 23-12037 |

**CERTIFICATION OF SERVICE**

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by electronic filing or first class United States mail, postage prepaid, a true and correct copy of the Praecipe to Withdraw Debtor's Counsel's Notice and Supplemental fee application upon the Standing Trustee and the U.S. Trustee, at the following fax numbers or addresses:

**VIA ECF**
Kenneth West, Chapter 13 Trustee
P.O. BOX 1229
PHILADELPHIA, PA 19105

**VIA EMAIL**
Dariys Hinton
5358 Wingohocking Terrace
Philadelphia, PA 19144

February 28, 2025

/s/ Mitchell Lee Chambers, Esq.
LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD, SUITE 5
BLACKWOOD, NJ 08012
PHONE:  (856) 302-1778