**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Dariys W. Hinton | : | |
| Debtors | : | Bankruptcy Case No. 23-12037 |

## CERTIFICATE OF NO RESPONSE

I, MITCHELL LEE CHAMBERS, ESQUIRE, counsel for Debtor(s), do hereby certify that:

1. On February 24, 2025 I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Motion to Modify and Abate Plan Payments, together with the related Notice of Motion, Response Deadline and Hearing Date, upon the Standing Trustee, U.S. Trustee and each holder of a claim against Debtor (the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Motion with the Court, and to serve a copy of any such objection upon the undersigned, on or before March 16, 2025.

3. As of the date hereof, no objection to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Dated: March 23, 2025

/s/ Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone:  (856) 302-1778