# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Dariys W. Hinton | : | |
| Debtors | : | Bankruptcy Case No. 23-12037 |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc.# 64, the "Motion");

It is hereby ordered that:

1. The Motion is granted; and
2. The Modified Plan (doc. #78) is approved.

BY THE COURT

Dated:_____ , 2025            _____
                                        Honorable Derek J. Baker
                                        United States Bankruptcy Judge