**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
|    Dariys W. Hinton | : | |
|        Debtors | : | Bankruptcy Case No. 23-12037 |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc.# 64, the "Motion");

It is hereby ordered that:

1. The Motion is granted; and
2. The Modified Plan (doc. #78) is approved.

BY THE COURT

Dated:_____ , 2025

**Date: May 8, 2025**

_____
Honorable Derek J. Baker
United States Bankruptcy Judge